287 F.Supp.2d 1379 (2003)
In re BAYCOL PRODUCTS LIABILITY LITIGATION
No. 1431.
Judicial Panel on Multidistrict Litigation.
October 6, 2003.

CONDITIONAL TRANSFER ORDER (CTO-29)
On December 18, 2001, the Panel transferred 33 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 4,382 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Michael J. Davis.
It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Davis.
Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 18, 2001, 180 F.Supp.2d 1378 (J.P.M.L.2001), and, with the consent of that court, assigned to the Honorable Michael J. Davis.
This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

*1380
 SCHEDULE CTO-29TAG ALONG CASES
 DOCKET NO. 1431
 IN RE BAYCOL PRODUCTS LIABILITY LITIGATION
DISTRICT DIV. CIVIL ACTION #
ALABAMA NORTHERN
 ALN 2 03-1577 Alva Lane Hare, et al. v. Bayer Corp., et al.
 ALN 2 03-1578 Helen Murphy v. Bayer Corp., et al.
 ALN 2 03-1579 Frances Jordan, et al. v. Bayer Corp., et al.
 ALN 2 03-1605 Bonard Wilborn, et al. v. Bayer Corp., et al.
 ALN 2 03-1721 Martha Joyce Willingham v. Bayer Corp., et al.
CONNECTICUT
 CT 3 03-1163 Rosemary Roy, etc. v. Bayer AG, et al.
 CT 3 03-1228 Courtney Mason v. Bayer Corp., et al.
FLORIDA SOUTHERN
 FLS 1 03-21775 Yolanda Rodriguez v. Bayer Corp., et al.
 FLS 9 03-80554 James Weiss, et al. v. Bayer AG, et al.
ILLINOIS NORTHERN
 ILN 1 03-5067 John A. Cardelli v. Bayer AG, et al.
LOUISIANA WESTERN
 LAW 2 03-1188 Lisa Lavergne, et al. v. Bayer Corp., et al.
MARYLAND
 MD 1 03-2085 Brenda Gasker v. Bayer Corp., et al.
NEW JERSEY
 NJ 1 03-3390 Lawrence Loncrini v. Bayer Corp., et al.
 NJ 2 03-1835 Margaret Aalders v. Bayer Corp., et al.
NEW YORK SOUTHERN
 NYS 1 03-3971 Stella Lodes v. Bayer Corp., et al.
 NYS 1 03-4908 Micheal Dimbo, et al. v. Bayer Corp., et al.
 NYS 2 03-3973 Edward Funk, et al. v. Bayer Corp., et al.
PENNSYLVANIA EASTERN
 PAE 2 03-666 Sharon Stephens v. Bayer Corporation, et al.
SOUTH CAROLINA
 SC 3 03-2401 Bessie C. Dixon, et al. v. Bayer AG, et al.
TEXAS EASTERN
 TXE 1 03-381 Mary Fowler v. Bayer Corp., et al.
 TXE 1 03-445 Dorothy Achee, et al. v. Bayer Corp., et al. Opposed 9/25/03
 TXE 9 03-152 Deborah Sayar v. Bayer AG, et al.
TEXAS NORTHERN
 TXN 1 03-112 Theoanne Keys v. Bayer AG, et al.
 TXN 1 03-113 Jimmie Wright v. Bayer AG, et al.
 TXN 2 03-178 Charlotte Wall v. Bayer, AG, et al.
 TXN 2 03-179 Betty Sharp v. Bayer AG, et al.
 TXN 3 03-1194 Mary Smith v. Bayer Corp., et al.
 TXN 3 03-1195 Iris Shepherd, et al. v. Bayer Corp., et al.
 TXN 3 03-1197 Katheryn Moreno, et al. v. Bayer Corp., et al. Opposed 9/24/03
 TXN 3 03-1198 Emma Stemen, et al. v. Bayer Corp., et al. Opposed 9/24/03
 TXN 3 03-1199 Hubert Medlock, et al. v. Bayer Corp., et al.
 TXN 3 03-1450 Michael Frisina, et al. v. Bayer Corp., et al.
 TXN 3 03-1451 Charles Kruse, et al. v. Bayer Corp., et al.

*1381
 TXN 3 03-1452 Elva Dikes v. Bayer Corp., et al.
 TXN 3 03-1453 Leo Danforth, et al. v. Bayer Corp., et al.
 TXN 3 03-1454 Sigrid C. Carpenter, et al. v. Bayer Corp., et al.
 TXN 3 03-1455 Elfie B. Clark v. Bayer Corp., et al.
 TXN 3 03-1456 Ramona Garcia v. Bayer Corp., et al.
 TXN 3 03-1468 Mateo Almaraz, et al. v. Bayer Corp., et al.
 TXN 6 03-48 Phillip Kennison v. Bayer Corp., et al.
 TXN 6 03-49 Peter Gizzi v. Bayer Corp., et al.
 TXN 6 03-50 Elvira Garcia v. Bayer Corp., et al.
 TXN 6 03-51 Lindell Gentry v. Bayer Corp., et al.
 TXN 6 03-52 Mary Brown v. Bayer Corp., et al.
 TXN 6 03-53 Mary Roden v. Bayer Corp., et al.
 TXN 6 03-54 Ofilia Torres v. Bayer Corp., et al.
 TXN 6 03-55 Gary Griffin v. Bayer Corp., et al.
 TXN 7 03-117 Jerry Weckar v. Bayer AG, et al.
TEXAS SOUTHERN
 TXS 2 03-231 Gordon Elliot v. Bayer Corp., et al.
 TXS 2 03-232 Domingo Garcia v. Bayer Corp., et al.
 TXS 2 03-237 Martha Witt v. Bayer AG, et al.
 TXS 4 03-2330 Diana Welsh v. Bayer AG, et al.
 TXS 4 03-2332 Esther Hamlin v. Bayer AG, et al.
 TXS 4 03-2346 U.L. Branch v. Bayer Corp., et al.
 TXS 4 03-2347 Evelyn Husband v. Bayer Corp., et al.
 TXS 4 03-2348 Daphne Gibson v. Bayer Corp., et al.
 TXS 4 03-2349 Guadalupe Castillo, et al. v. Bayer Corp., et al.
 TXS 4 03-2350 Joann Nelson, et al. v. Bayer Corp., et al.
 TXS 4 03-2351 Dorothy Pampell, et al. v. Bayer Corp., et al.
 TXS 4 03-2354 Irene Gosch, et al. v. Bayer Corp., et al.
 TXS 4 03-2355 Margarita S. Reyes, et al. v. Bayer Corp., et al.
 TXS 4 03-2356 Delores King v. Bayer Corp., et al.
 TXS 4 03-2357 Geraldine Pulaski, et al. v. Bayer Corp., et al.
 TXS 4 03-2358 Jose Espinoza v. Bayer Corp., et al.
 TXS 4 03-2359 Joe N. Rice v. Bayer Corp., et al.
TEXAS WESTERN
 TXW 3 03-250 Paul Shipley v. Bayer AG, et al.
 TXW 5 03-441 Eduardo Villanueva, et al. v. Bayer Corp., et al.
 TXW 5 03-552 Kathleen Bagnato v. Bayer Corp., et al.
 TXW 5 03-553 William Weekley, et al. v. Bayer Corp., et al.
 TXW 7 03-97 Judy Day v. Bayer AG, et al.
WEST VIRGINIA SOUTHERN
 WVS 2 03-526 Comella Baisden v. Bayer Corp., et al.